Wesley F. Harward (Bar No. 15623)
wharward@foley.com
Foley & Lardner LLP
95 S State, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900
Facsimile: 385.799.7576

Elliott J. Williams (*Pro Hac Vice*)
elliott.williams@stoel.com
Stoel Rives LLP
760 SW Ninth Ave Suite 3000
Portland OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Michelle Safro (*Pro Hac Vice*)
msafro@remenicklaw.com
Remenick PLLC
1025 Thomas Jefferson St. NW, Suite 175
Washington, DC 20007
Telephone:  202.570.7378
Facsimile:  888.570.7381

*Attorneys for Plaintiff Longhorn Vaccines and Diagnostics, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LONGHORN VACCINES & DIAGNOSTICS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SPECTRUM SOLUTIONS LLC,<br><br>      Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 2:20-cv-00827-DBB-JCB |

Pursuant to the Court's docket text order of July 20, 2023 (ECF No. 56), Plaintiff Longhorn Vaccines & Diagnostics, LLC's ("Longhorn") and Defendant Spectrum Solutions LLC ("Spectrum") provide the following joint status report:

- Following the PTAB's final written decision ("FWD") and sanctions order in each of the five *inter partes* review proceedings (IPRs) cancelling all patent claims in the five IPRs (see prior status report, ECF No. 52), the Director of the U.S. Patent and Trademark Office (Director) issued an order on June 12, 2023, initiating *sua sponte* Director review in each of the five IPRs.

- The Director review order does not indicate a date by which the Director review will be complete but states that the Director "will issue an order or decision in due course."

- The Director has not subsequently issued an order or decision in these IPRs, and Director review remains pending.

/s/ *Elliott Williams*_____    Date: 10/18/2023
Elliott Williams, Plaintiff Attorney

/s/ *Ali Razai*_____       Date: 10/18/2023
Ali Razai, Defendant Attorney