Wesley F. Harward (Bar No. 15623)
wharward@foley.com
Foley & Lardner LLP
95 S State, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900
Facsimile: 385.799.7576

Elliott J. Williams (*Pro Hac Vice*)
elliott.williams@stoel.com
Stoel Rives LLP
760 SW Ninth Ave Suite 3000
Portland OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Michelle Safro (*Pro Hac Vice*)
msafro@remenicklaw.com
Remenick PLLC
1025 Thomas Jefferson St. NW, Suite 175
Washington, DC 20007
Telephone:  202.570.7378
Facsimile:  888.570.7381

*Attorneys for Plaintiff Longhorn Vaccines and
Diagnostics, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LONGHORN VACCINES & DIAGNOSTICS, LLC, <br><br>     Plaintiff, <br><br> v. <br><br> SPECTRUM SOLUTIONS LLC, <br><br>     Defendant. | **JOINT STATUS REPORT** <br><br><br> Case No. 2:20-cv-00827-DBB-JCB |

Pursuant to the Court's docket text order of April 18, 2024 (ECF No. 63), Plaintiff Longhorn Vaccines & Diagnostics, LLC's ("Longhorn") and Defendant Spectrum Solutions LLC ("Spectrum") provide the following joint status report:

- Following the PTAB's final written decision ("FWD") and sanctions order in each of the five *inter partes* review proceedings (IPRs) cancelling all patent claims in the five IPRs (see prior status report, ECF No. 52), the Director of the U.S. Patent and Trademark Office (Director) issued an order on June 12, 2023, initiating *sua sponte* Director review in each of the five IPRs.

- On July 11, 2024, the Director issued a confidential decision ("Director Review Decision") upholding the PTAB's sanctions order in each of the five IPRs cancelling all challenged patent claims. The parties were instructed to provide joint proposed redactions by July 25, 2024, for a publicly available version of the Director Review Decision.

- Longhorn is still in the process of reviewing the Director Review Decision, including potential appeals or other legal action; the parties propose to provide an update to the Court in three months on whether this case should remain stayed.

*s/ Elliott J. Williams*                          Date: 7/17/2024
Elliott J. Williams, Plaintiff Attorney

*s/ Ali Razai*                                        Date: 7/17/2024
Ali Razai, Defendant Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I caused a true and correct copy of the foregoing

**JOINT STATUS REPORT** to be served via CM/ECF on the on the following:

Wesley F. Harward
FOLEY & LARDNER LLP
95 S State St Ste 2500
Salt Lake City, UT 84111
wharward@foley.com

Michelle Safro
REMENICK PLLC
1025 Thomas Jefferson St NW Ste 175
Washington, DC 20007
msafro@remenicklaw.com

Ali S. Razai
Joseph F. Jennings
Paul N. Conover
William O. Adams
KNOBBE MARTENS OLSEN & BEAR
LLP
2040 Main St 14th Flr
Irvine, CA 92614
ali.razai@knobbe.com
joe.jennings@knobbe.com
paul.conover@knobbe.com
william.adams@knobbe.com

D. Craig Parry
PARR BROWN GEE & LOVELESS
101 S 200 E Ste 700
Salt Lake City, UT 84111
cparry@parrbrown.com

*s/ Elliott J. Williams*
Elliott J. Williams

*Attorneys for Plaintiff*

123900873.1 0072810-00001